**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**            **PLAINTIFF/RESPONDENT**

V.          **CASE NO. 5:18-CR-50075-002**

**DEZI CASTILLO, JR.**           **DEFENDANT/PETITIONER**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 94) filed in this case on November 30, 2023, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, Defendant's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 (Doc. 90), is **DENIED** and **DISMISSED WITH PREJUDICE**. Further, a request for a certificate of appealability should not issue for the reasons discussed in the Report and Recommendation, and if such request is made, it will be denied.

**IT IS SO ORDERED** on this 19th day of December, 2023.

                                       */s/ Timothy L. Brooks*
                                       TIMOTHY L. BROOKS
                                       UNITED STATES DISTRICT JUDGE